

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00137-CV

Odis **SPENCER**, et al.,
Appellants

v.

**REOCO, INC**.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-06980
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Pending before the court are appellants' motion for correction of reporter's record and second motion for extension of time to file brief. With regard to the reporter's record, appellants contend a temporary restraining order was referenced during the trial court proceedings but was not included in the reporter's record. Having reviewed the reporter's records filed in this appeal, we note that although reference was made to a temporary restraining order, the temporary restraining order was not offered or admitted as an exhibit. Accordingly, appellants' motion to correct the reporter's record is DENIED, and the appellate record is complete.

The appellants' brief was originally due to be filed on May 6, 2016. The appellants' first motion for extension of time was granted, extending the deadline for filing the brief to June 3, 2016. On June 3, 2016, the appellants filed a motion requesting an additional extension of time to file the brief until July 1, 2016, for a total extension of approximately sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANTS WILL BE GRANTED**. The appellants' brief must be filed by July 1, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.



Keith E. Hottle
Clerk of Court